## IN THE UNITED STATES DISTRICT COURT FOR
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) ) |
| v. | ) Civil Action No. 10-CV-28-CVE-FHM ) ) |
| **MAGELLAN PIPELINE COMPANY, L.P** | ) ) |
| **Defendant.** | ) ) ) ) |

### NOTICE OF LODGING

Pursuant to 28 C.F.R. § 50.7, the United States is lodging a Consent Decree with this Court that has been agreed to and signed by the parties to this action. The Consent Decree is being lodged simultaneously with the filing of the Complaint by the United States and settles all of the claims alleged in the Complaint.

Notice of lodging of the Consent Decree will be published in the Federal Register. During the pendency of the 30-day public comment period required under 28 C.F.R. § 50.7 for Consent Decrees, no action is required of this Court. After the expiration of the public comment period and evaluation of the comments received, the United States will advise the Court whether the Consent Decree may be entered or whether further action may be required.

Respectfully Submitted,

W. BENJAMIN FISHEROW
Deputy Section Chief
Environmental Enforcement Section
Environment and Natural Resources DivisionUnited
States Department of Justice


/s/ Elizabeth L. Loeb
ELIZABETH L. LOEB
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C.  20044-7611
Phone: 202/616-8916
Fax: 202/514-4180
Elizabeth.loeb@usdoj.gov

        DAVID E. O'MEILIA
        United States Attorney

        PHIL PINNELL
        Assistant United States Attorney
        Northern District of Oklahoma
        110 W. 7th St. Suite 300
        Tulsa, OK 74119
        Phone: 918.382.2700
        Fax: 918.560.7938
        Phil.Pinnell@usdoj.gov

Of Counsel:

EDWIN QUINONES Esq.
Assistant Regional Counsel
U.S. Environmental Protection Agency
Region 6
1445 Ross Ave.
Dallas, TX 75202

KELLY KACZKA BRANTNER
Attorney
Office of Enforcement and Compliance Assurance
U.S. Environmental Protection Agency
Mail Code 2243A
1200 Pennsylvania Ave., NW
Washington, D.C.  20460

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 19, 2010, a copy of the foregoing Notice of Lodging of Consent Decree was sent by first class mail, postage prepaid, on the following individuals who are or represent parties to the Consent Decree:

Paul Pratt, Esq.
Associate General Counsel
Magellan Pipeline Company, L.P.
One Williams Center, Suite 2800
Tulsa, OK 74121-2186

David Tripp, Esq.
Stinson Morrison Heckler
1201 Walnut, Suite 2900
Kansas City, MO 64106

            /s/Elizabeth Loeb
            Environmental Enforcement Section
            Environment & Natural Resources
             Division
            United States Department of Justice
            P.O. Box 7611
            Washington, DC   20044-7611
            (202) 616-8916
            elizabeth.loeb@usdoj.gov